IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A.,

    Plaintiff,

  v.

ANTONIA ROBINSON,
GARY ROBINSON, AND DOES 1–10,

    Defendants.

No. C 15-01726 WHA

**ORDER TO SHOW CAUSE**

Defendants Antonia and Gary Robinson removed this unlawful-detainer action from Alameda County Superior Court based on an alleged federal defense (Dkt. No. 1). It appears that this court lacks subject-matter jurisdiction because unlawful-detainer actions do not arise under federal law and an actual or anticipated federal defense, including one based on the Protecting Tenants at Foreclosure Act, is not sufficient to confer jurisdiction. *See Saratoga Fund Holdings, LLC v. Walker*, No. C-14-04629-JST, 2014 WL 6969260, at *2 (N.D. Cal. Dec. 8, 2014) (Judge Jon Tigar) (citing *Franchise Tax Board v. Construction Laborers Vacation Trust*, 463 U.S. 1, 10 (1983)). Similarly, there does not appear to be diversity jurisdiction as the amount in controversy is well under $75,000, the plaintiff's complaint does not allege complete diversity, and defendants reside in the forum state.

Antonia and Gary Robinson are hereby **ORDERED TO SHOW CAUSE** why this case should not be remanded for lack of subject-matter jurisdiction. Defendants shall file a response not to exceed **FIVE PAGES** by **NOON** on **MONDAY, MAY 4, 2015**. Responses shall be served and shall comply with the Civil Local Rules, available at http://www.cand.uscourts.gov/localrules/civil.

**IT IS SO ORDERED.**

Dated: April 21, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE