1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  WELLS FARGO BANK, N.A.,
11           Plaintiff,                No. C 15-01726 WHA
12    v.
13  ANTONIA ROBINSON,             **REMAND ORDER**
      GARY ROBINSON, AND DOES 1–10,
14
15          Defendants.
      _____/
16
17      Defendants Antonia and Gary Robinson removed this unlawful-detainer action from

18  Alameda County Superior Court based on an alleged federal defense (Dkt. No. 1).

19  The Robinsons were requested to show cause why this case should not be remanded (Dkt. No.

20  6). They did not respond. This case is hereby **REMANDED** to Alameda County Superior Court.

21      A court shall remand a case if "at any time before final judgment it appears that the

22  district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c). "A defendant may not

23  remove a case to federal court unless the plaintiff's complaint establishes that the case 'arises

24  under' federal law." *Franchise Tax Board v. Construction Laborers Vacation Trust*, 463 U.S. 1,

25  10 (1983) (internal citations omitted). As stated in the order to show cause, an anticipated

26  federal defense is not sufficient to confer jurisdiction. *Ibid.*

27      This action must be remanded because this court lacks subject-matter jurisdiction.

28  The plaintiff's complaint, the only pleading from which subject-matter jurisdiction could arise,

  contains no federal claims or bases for federal-question jurisdiction. The Robinsons' alleged

**United States District Court**
For the Northern District of California

1   federal defense based on the Protecting Tenants at Foreclosure Act is not sufficient to confer

2   jurisdiction.  *See Saratoga Fund Holdings, LLC v. Walker*, No. C-14-04629-JST,

3   2014 WL 6969260, at *2 (N.D. Cal. Dec. 8, 2014) (Judge Jon Tigar) (citing *Franchise Tax*

4   *Board*, 463 U.S. at 10).

5       Similarly, there is no basis for diversity jurisdiction in this case.  *See* 28 U.S.C. 1332.

6   The complaint only seeks repossession of the premises and costs of suit.  The amount in

7   controversy is less than ten thousand dollars.  More, the complaint neither alleges nor provides a

8   basis for finding that there is complete diversity of the parties.

9       The case is hereby **REMANDED** to Alameda County Superior Court for lack of subject-

10  matter jurisdiction.  Plaintiff's motion to remand and motion to shorten time (Dkt. Nos. 4–5) are

11  **DENIED AS MOOT**.

12

13      **IT IS SO ORDERED.**

14

15  Dated:  May 5, 2015.

16                                                              WILLIAM ALSUP
                                                                UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2